IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR JAMES TIGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE No. 3:21-cv-342-ECM |
| | ) | (WO) |
| LEE COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 10, 2022, the Magistrate Judge entered a Recommendation (doc. 20) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Defendants' Motion for a More Definite Statement (doc. 10) is GRANTED.

3. The Defendants' Motion to Dismiss (doc. 10) is DENIED as moot.

4. This case is referred back to the Magistrate Judge for further proceedings.

Done this 26th day of January, 2022.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE